DISTRICT OF OREGON
**F I L E D**
September 27, 2023
Clerk, U.S. Bankruptcy Court

IT IS ORDERED AND NOTICE IS GIVEN THAT:

(a) The trustee is authorized to compensate the debtor's attorney in the amount requested below without further notice or order if this application and order thereon are timely served unless, within 30 days of the FILED date, a party files a written objection setting forth specific grounds for the objection with the clerk at 1050 SW 6th Ave. #700, Portland OR 97204. If the amount requested includes fees for work necessary to complete the case, and payment of the fees will have any impact on creditor distributions, the trustee is authorized to compensate the attorney in the amount requested for work necessary to complete the case 21 days after an itemized bill for the additional work is filed and the bill is served on the debtor unless, within 14 days after service, a written objection is filed.

(b) The applicant must: (1) comply with all provisions in the court's Notice to Serve Document(s), and (2) serve this document and file the completed certificate of service using this document without any attachments other than a list of parties served using paper, if any.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re

Debtor

Case No. _____
Amended

**CHAPTER 13 DEBTOR'S ATTORNEY'S SUPPLEMENTAL-COMPENSATION APPLICATION; AND ORDER AND NOTICE THEREON**

1. This application is made by debtor's attorney (applicant).

2. In applicant's Chapter 13 Debtor's Attorney's Compensation Disclosure and Application on Local Bankruptcy Form (LBF) 1305, applicant selected [*check one*]:

    Schedule 2.(a)

    Schedule 2.(b)

    Schedule 3.

3. This application [*check one*]    is    is not applicant's final application in this case.

4. Applicant has previously been allowed compensation and expense reimbursement in the plan-confirmation order and any prior LBF 1307s in the total amount of $_____.  The court has previously awarded compensation and expense reimbursement to another attorney representing the debtor in the total amount of $_____.

5. Applicant applies for supplemental allowance of compensation and expense reimbursement totaling $_____ for the period _____ through _____.  An itemized statement of services rendered and expenses incurred is attached [*see instruction below regarding the period to be covered by this statement*]. If this application is granted, the total amount allowed will be $_____. If this application is final, it includes $_____ in anticipated additional fees to complete the case.  Other information affecting the amount requested, such as discounts included, is as follows:

6. Allowance of this application will [*mark all that apply*]—

    not affect the distribution to creditors.

    delay the distribution to creditors by approximately ____ months.

    reduce the estimated distribution to general unsecured creditors from _____% to _____%.

    increase the total amount that the debtor will pay into the plan.

    not change the length of the plan, which is estimated to be ____ months.

    change the estimated length of the plan from ____ months to ____ months.

    not require the payment of additional funds, because the trustee currently holds sufficient funds to pay the requested fees and expenses.

    other:

7. If applicant has previously shared any compensation or there exists any agreement or understanding between applicant and any other entity for the sharing of compensation received or to be received for services rendered in or in connection with this case, other than as a member or regular associate of a firm of attorneys, the details of the sharing or sharing agreement, other than those disclosed in LBF 1305 or a prior LBF 1307, are as follows:

_____  _____
Date                        Applicant's Signature

_____
Type or Print Applicant's Name                    OSB#

_____
Applicant's Telephone Number

_____
Applicant's Service Address

_____

**CERTIFICATE OF SERVICE**

I certify that on _____ a copy of this application and order thereon (without attachments) and any Notice of Hearing prepared by the court per the judge's order were served on the debtor and, if the total amount requested exceeds $1,000, on all creditors (or if FRBP 2002(h) applies, only on each entity that is listed in FRBP 2002(h)). I have attached a clearly identified list of the names, addresses, and methods for service on all parties served using paper. The application served on creditors did not include the attachment, but any creditor may obtain a copy of the attachment upon request to applicant.

_____
Signature & Relation to Applicant

**INSTRUCTIONS**

Do not serve this application until the judge has signed it at the top of the first page.

No application may be filed (a) if Schedule 1 was selected on LBF 1305, (b) to request fees and expenses less than $500 on a nonfinal LBF 1307, (c) sooner than six months after the last to be filed of the LBF 1305 or the most recent prior LBF 1307, if any, (d) after filing a final LBF 1307, or (e) after 28 days after service of the trustee's notice of plan completion (Local Bankruptcy Rule (LBR) 2016-1(e)(3)(A)).

If Schedule 2.(b) was selected—and even if an LBF 1306 was filed—the first LBF 1307 must include an itemized statement of all services rendered and expenses incurred in contemplation of or in connection with the case, both before and after the petition date, and it must reflect the paid amounts listed in the LBF 1305 and amounts allowed in the confirmation order (LBR 2016-1(e)(3)(B)).

The presumptively reasonable compensation for preparation of each LBF 1307 is $100 (LBR 2016-1(e)(3)(C)).

If allowance of the compensation requested in an LBF 1307 will require a plan modification, the debtor must, within 28 days after allowance of this application, file either a Notice of Postconfirmation Amendment of Plan on LBF 1355.10 and a proposed amended plan on the appropriate LBF or a statement why none has been filed. (LBR 2016-1(e)(3)(D)).

Period to be covered by itemized statement of services required by paragraph 5:

- For the first LBF 1307 filed by an applicant who selected Schedule 2.(a) in LBF 1305, the period begins the day after the court entered the order confirming plan.

- For the first LBF 1307 filed by an applicant who selected Schedule 2.(b) in LBF 1305, the period begins the first date of the services for which applicant sought compensation in the LBF 1305 (paragraph 4.c.i).

- For any second or subsequent LBF 1307, the period begins the day after the prior application period ended.

# Northwest Debt Relief Law Firm

650 NE Holladay St. Ste 1600

Portland, OR 97232

Phone: (503) 232-5303  |                                                                                                              Fax: (866) 241-4176

Kristopher Kent                                                                                                                               September 21, 2023
3165 E University Dr Lot 743
Mesa, AZ 85213

## Case No. 21-31379

| Date | Description | Staff | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 3/22/2023 | Review 2022 tax return; reconcile with income schedules; email to trustee; email to client | J.W. | 205.00/hr | .25 | $51.25 |
| 4/5/2023 | Email from client; prepare change of address | J.W. | 205.00/hr | .20 | $41.00 |
| 4/17/2023 | File change of address | J.W. | 205.00/hr | .20 | No Charge |
| 5/1/2023 | Review file; email to client re still need copy of lease agreement; note to file | J.W. | 205.00/hr | .15 | $30.75 |
| 5/1/2023 | Review residential lease agreement from client; email exchange w/client; phone call from client; note to file | J.W. | 205.00/hr | .40 | $82.00 |
| 7/6/2023 | Review email from client, attached documents, and case file (.3); draft response (.05); update schedules (.2); note to file (.05) | J.W. | 205.00/hr | .60 | $123.00 |
| 7/6/2023 | Confer w/attorney; draft email to trustee | J.W. | 205.00/hr | .30 | $61.50 |
| 7/6/2023 | Review paystubs and updated budget from client; edit schedules; instructions to paralegal | T.M. | 390.00/hr | .30 | $117.00 |
| 7/10/2023 | Review email from trustee and forward to client (.05); phone call from client (.25); review client email re moving expenses (.05); confer w/attorney (.25); draft email to trustee (.15); note to file (.1) | J.W. | 205.00/hr | .85 | $174.25 |
| 7/11/2023 | Review trustee email and proposed order amending plan; draft email to client; confer w/attorney; draft response to trustee; finalize amendment for signature | J.W. | 205.00/hr | .30 | $61.50 |
| 7/11/2023 | Review signed amendment; finalize for filing | J.W. | 205.00/hr | .20 | $41.00 |
| 7/12/2023 | Review order amending plan; draft letter to client | J.W. | 205.00/hr | .25 | $51.25 |

| Date | Description | Member | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 9/21/2023 | Review fee itemization and impact on plan; prepare fee application | J.W. | 100.00/hr | 1.00 | $100.00 |
| | SUBTOTAL: | | | 5.00 | $934.50 |

**Costs**

| Date | Description | | | | Amount |
|---|---|---|---|---|---|
| 7/12/2023 | Envelope and postage | | | | $2.00 |
| | SUBTOTAL: | | | | $2.00 |

TOTAL: $936.50

| Initials | Member | Rate/Hour |
|---|---|---|
| TM | Tom McAvity | $390.00 |
| JW | Jeff Williams | $205.00 |
| MP | Melissa Phillips | $205.00 |